# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

**BRETT ERIC HULL**
**STEPHANIE LEIGH HULL**

CHAPTER 13 PROCEEDING
CASE NUMBER: 18-20877
HONORABLE DANIEL S. OPPERMAN

    **Debtor(s)**         /

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of Joshua M. Reinert, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees, and that the portion of such claim which has not already been paid, to wit $3,000.00 shall be paid by the trustee as an administrative expense of this case.

All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

**IT IS FURTHER ORDERED** that in Class V of the Plan, the term "crammed" refers to the bifurcation of a claim pursuant to 11 U.S.C. section 506 and is not applicable to 910 vehicle claims; and the term "modified" refers to a change in the interest rate or other terms not relating to collateral value, and the secured creditor will be paid equal monthly payments pursuant to the amount as recited in the claim.

**IT IS FURTHR ORDERED** that the Class 4.1 treatment proposed to Independent Bank is hereby stricken from debtors' plan and its claim shall be paid pursuant to its Class 5.1 treatment.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.   (P32464)
Chapter 13 Trustee

/s/Joshua M. Reinert
Joshua M. Reinert (P66185)
Attorney for debtor(s)

3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

3434 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 799-8860
email: ecf@mcreinert.com

/s/Kelly L. Scola
Kelly L. Scola (P47219)
Attorney for Team One Credit Union
24525 Harper Avenue
St. Clair Shores, Michigan 48080
Telephone: (586) 777-0770
Email: krowse-oberle@brolawpllc.com

/s/Heather D. McGivern
Heather D. McGivern (P59393)
Orlans Associates, P.C.
Attorney for Wells Fargo Bank, N.A.
P.O. Box 5041
Troy, Michigan 48007
Telephone: (248)502-1400
Email: hmcgivern@orlans.com

/s/Henry L. Knier
Henry L. Knier (P46393)
Attorney for Independent Bank
900 Washington Avenue
P.O. Box 219
Bay City, Michigan 48707-0219
Telephone: (989) 892-3924
Email: hknier@smpklaw.com

**Signed on August 24, 2018**



/s/ Daniel S. Opperman

**Daniel S. Opperman
United States Bankruptcy Judge**